**EXHIBIT 1**

## IN THE MUNICIPAL COURT OF GREENE COUNTY, OHIO
### CIVIL DIVISION

**FILED**
2026 JAN 22 PH 3: 40
A.J. WILLIAMS
COMMON PLEAS COURT
GREENE COUNTY, OHIO

**JOHN and JENNIFER SCHUTTE**
580 S. New Jasper Station Rd.
Xenia, Ohio 45385

  Plaintiffs,      :  CASE NO_____2026CV0476_____

               :

Vs              Judge_____JUDGE TORNICHIO_____

               :

**Liberty Mutual Personal Insurance Company**  Magistrate _____
PO Box 5014
Scranton, Pennsylvania 18505    :

  Defendant,

And             :  **COMPLAINT**

**Liberty Mutual Auto and Home Services, LLC**
Corporation Service Company - Agent
1160 Dublin Rd., Suite 400
Columbus, Ohio 43215       :

  Defendant,

_____

   Now come Plaintiffs, **John and Jennifer Schutte**, by and through undersigned counsel, and states as follows:

### PARTIES

1. John and Jennifer Schutte, Plaintiffs, are natural persons who reside at 580 S. New Jasper Rd., Xenia, Ohio 45385;

2. Liberty Mutual Personal Insurance Company and Liberty Mutual Auto and Home Services, LLC, Defendants, are an insurance business with a principle place of business located in Scranton, PA and an Ohio registered address in Columbus, Ohio;

### FACTUAL ALLEGATIONS

3. Plaintiff reinstates paragraphs one and two (1-2) herein;

4. Plaintiffs are the registered owners of the residence identified as 580 South New Jasper Station Rd., Xenia, Ohio 45385 (the "Property");

**EXHIBIT 1**

5. Plaintiffs secured an insurance policy from Defendants' business with an effective date of December 10th, 2024;

6. Plaintiffs state the insurance policy was reduced to a written policy agreement ("Agreement") which outlined the terms of the insurance contract; **Exhibit 1**

7. Plaintiffs state the policy was secured to insure the Property from a variety of different forms of damages;

8. Plaintiff states that Plaintiff agreed to pay Defendants $1,664.00 per year and in exchange Defendants agreed to insure the Property against a variety of types of losses;

9. Plaintiff states that pursuant to the policy limits agreed to, Defendants were to provide coverage for damages to the Property up to $367,400.00;

10. Plaintiff states that on April 5th, 2025 the Property suffered significant damage from a storm;

11. Plaintiffs state that they immediately notified Defendants of the damage;

12. Plaintiffs state that Defendants ultimately determined Plaintiff was owed $23,990.18 under the terms of the Agreement to repair the identified damages;

13. Plaintiffs state that they believed Defendants' offer was insufficient to cover the damage to the Property, so they engaged a third-party contractor to provide a quote/estimate to repair the damages;

14. Plaintiffs state that the third party contractor estimated the damage to the property to be in excess of $90,000.00;

15. Plaintiffs provided proof to Defendants that they were entitled to far more than the $23,990.18 offer from Defendants under the terms of the Agreement;

16. However, Defendants refused pay for the full amount of covered damages;

17. Defendants also failed to provide Plaintiffs with any good faith reason for denying the full payment;

## VENUE AND JURISDICTION

18. Plaintiffs reinstate paragraphs one through seventeen (1-17) herein;

19. Venue is proper by way of Ohio Rule of Civil Procedure 3(C)(5), which states that a proper venue shall be in the county where the real property subject to an action exists;

20. The Property exists exclusively inside of Greene County, Ohio;

**EXHIBIT 1**

21. Defendants contracted to provide insurance for the Property, knowing it was located in Greene County, Ohio;

22. Thus, jurisdiction is properly met with all parties and this Court is the most appropriate venue for this dispute;

## FIRST CAUSE OF ACTION: BREACH OF CONTRACT

23. Plaintiff incorporates paragraphs (1) through (22) herein as if completely restated;

24. Plaintiffs states that Plaintiffs and Defendants entered into a lawfully binding contract identified as the Agreement;

25. Plaintiffs state that Plaintiffs complied with all of their obligations under the Agreement including, but not limited to, paying the required monthly premiums;

26. Plaintiffs state that Defendants breached the contract when they failed to fully compensate Plaintiffs for the damage to the Property;

27. Plaintiffs have been directly damaged by Defendants' breach in that Defendants have failed to compensate them for the full extent of the damages they have suffered;

28. Defendants' refusal to full compensate Plaintiffs pursuant to the terms of the Agreement is a clear breach of the Agreement;

## SECOND CAUSE OF ACTION: UNJUST ENRICHMENT

29. Plaintiff reinstates paragraphs one through twenty-eight (1-28) herein;

30. Plaintiffs conveyed a benefit to the Defendants in the form of money paid identified as premiums payments;

31. Plaintiffs specifically conveyed said benefit upon Defendants with the understanding Defendants would cover damages caused to the Property;

32. When the Property became damaged, Defendants refused to fully cover the cost to repair said damages;

33. However, despite not paying for the damages, Defendants retained the benefit conveyed to them;

34. Therefore Defendants have been unjustly enriched to Plaintiffs' detriment;

## THIRD CAUSE OF ACTION:
## BAD FAITH

35. Plaintiff reinstates paragraphs one through thirty-four (1-34) herein;

36. Defendants were contracted under the Agreement to provide insurance coverage to Plaintiffs to cover damage to the Property;

37. The Property was damaged;

38. Plaintiffs notified Defendants of the damage and provided proof as to the extent of the damage;

39. Despite knowing the full extent of the damages, Defendants denied the full claim without any legitimate basis;

40. Despite being in possession of proof of the extent of the damages to the Property, Defendants only offered one-third of the cost of the full repairs;

41. Defendants inexplicably low offer compared to the actual damages coupled with Defendants' baseless denial of the insurance claim, show that Defendants acted in bad faith;

**WHEREFORE**, Plaintiff demands judgment against each Defendant, jointly and severally, for an amount greater than $25,000.00 for compensatory damages, punitive damages, reasonable attorney fees and the cost expended herein to be more specifically determined during this matter.

Respectfully submitted,

ANTHONY C. SATARIANO #0097836
Attorneys for Plaintiff
85 W. Main St., Xenia, Ohio 45385
P: (937) 502-1040
Email: anthony@937law.com

## Instructions to Clerk for Service

To the Clerk of Courts: You are hereby instructed to serve a copy of the foregoing Complaint, by certified mail upon the following:

**Liberty Mutual Personal Insurance Company**
PO Box 5014
Scranton, Pennsylvania 18505

**Liberty Mutual Auto and Home Services, LLC**
Corporation Service Company - Agent
1160 Dublin Rd., Suite 400
Columbus, Ohio 43215

Respectfully submitted,

ANTHONY C. SATARIANO #0097836
Attorneys for Plaintiff
85 W. Main St., Xenia, Ohio 45385
P: (937) 502-1040
Email: anthony@937law.com

**EXHIBIT 1**



Liberty Mutual Insurance
350 E 96ᵗʰ Street
Indianapolis, IN 46240

June 20, 2025

Sherry Frelke
P.O. Box 5014
Scranton, PA 18505-5014

| | |
|---|---|
| Insured Name: | John H Schutte |
| | Jennifer L Schutte |
| Policy Number: | H3V28184788440 |
| Claim ID: | 059115225 |
| Date of Loss: | 04/05/2025 |
| Effective Date: | 12/10/2024 |

I hereby certify that the attached is a true and accurate copy of the documents requested for the policy listed above as maintained by the Liberty Mutual Personal Insurance Company in the usual and customary course of its business.

Sincerely,

*Andrea Thompson*

Andrea Thompson
Policy Copy Support

AT
Enclosures



**EXHIBIT**

1

**EXHIBIT 1**



# LibertyGuard Deluxe Homeowners Policy

Please read your policy and each endorsement carefully.

**To serve you best...**

Liberty Mutual has over 350 service offices throughout the United States and Canada. Please contact your service office shown on your Declarations Page to report losses, or for any changes or questions about your insurance. Payments should be sent to the office indicated on your bill.

THIS POLICY IS NON ASSESSABLE

FMHO 943 (ED. 11-96)                     Liberty Mutual Group

**EXHIBIT 1**



# LIBERTYGUARD DELUXE HOMEOWNERS POLICY
## HO 00 03 EDITION 04 91

**TABLE OF CONTENTS**

| | Page |
|---|---|
| Agreement............................................ | 1 |
| Definitions .......................................... | 1 |
| **SECTION I - PROPERTY COVERAGES** | |
| Coverage A Dwelling........................... | 1 |
| Coverage B Other Structures ................ | 2 |
| Coverage C Personal Property............... | 2-3 |
| Coverage D Loss of Use....................... | 3 |
| Additional Coverages........................... | 3 |
| Debris Removal................................ | 3 |
| Reasonable Repairs........................... | 3-4 |
| Trees, Shrubs and Other Plants ......... | 4 |
| Fire Department Service Charge.......... | 4 |
| Property Removed............................ | 4 |
| Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.................. | 4 |
| Loss Assessment ............................. | 4-5 |
| Collapse ........................................ | 5 |
| Glass or Safety Glazing Material ........ | 5 |
| Landlord's Furnishings ...................... | 5-6 |
| **SECTION I - PERILS INSURED AGAINST** | |
| Coverage A Dwelling and Coverage B Other Structures........................... | 6 |
| Coverage C Personal Property............... | 6-7 |
| **SECTION I - EXCLUSIONS** | |
| Ordinance or Law................................ | 7 |
| Earth Movement ................................. | 7-8 |
| Water Damage ................................... | 8 |
| Power Failure .................................... | 8 |
| Neglect ............................................. | 8 |
| War .................................................. | 8 |
| Nuclear Hazard.................................. | 8 |
| Intentional Loss ................................. | 8 |
| Weather Conditions............................. | 8 |
| Acts or Decisions................................ | 8 |
| Faulty, Inadequate or Defective............. | 8 |
| **SECTION I - CONDITIONS** | |
| Insurable Interest and Limit of Liability ... | 8 |
| Your Duties After Loss ......................... | 8-9 |
| Loss Settlement................................. | 9-10 |
| Loss to a Pair or Set .......................... | 10 |
| Glass Replacement ............................ | 10 |
| Appraisal .......................................... | 10 |

| | Page |
|---|---|
| Other Insurance ................................. | 10 |
| Suit Against Us .................................. | 10 |
| Our Option ........................................ | 10 |
| Loss Payment.................................... | 10 |
| Abandonment of Property..................... | 10 |
| Mortgage Clause................................ | 10 |
| No Benefit To Bailee............................ | 10 |
| Nuclear Hazard Clause........................ | 10-11 |
| Recovered Property............................. | 11 |
| Volcanic Eruption Period ...................... | 11 |
| **SECTION II - LIABILITY COVERAGES** | |
| Coverage E Personal Liability ............... | 11 |
| Coverage F Medical Payments to Others. | 11 |
| **SECTION II - EXCLUSIONS** | |
| Coverage E Personal Liability and Coverage F Medical Payments to Others ............ | 11-13 |
| Coverage E Personal Liability ............... | 13 |
| Coverage F Medical Payments to Others. | 13 |
| **SECTION II - ADDITIONAL COVERAGES** | |
| Claim Expenses ................................. | 13 |
| First Aid Expenses ............................. | 14 |
| Damage to Property of Others .............. | 14 |
| Loss Assessment................................ | 14 |
| **SECTION II - CONDITIONS** | |
| Limit of Liability ................................. | 14 |
| Severability of Insurance ..................... | 14 |
| Duties After Loss ............................. | 14-15 |
| Duties of an Injured Person ................. | 15 |
| Payment of Claim .............................. | 15 |
| Suit Against Us .................................. | 15 |
| Bankruptcy of an Insured .................... | 15 |
| Other Insurance ................................. | 15 |
| **SECTIONS I AND II - CONDITIONS** | |
| Policy Period ..................................... | 15 |
| Concealment or Fraud ......................... | 15 |
| Liberalization Clause ......................... | 15 |
| Waiver or Change of Policy Provisions ... | 15 |
| Cancellation ..................................... | 15-16 |
| Non-Renewal .................................... | 16 |
| Assignment ...................................... | 16 |
| Subrogation ...................................... | 16 |
| Death.............................................. | 16 |
| ***MUTUAL POLICY CONDITIONS** ............. | 16 |

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

**EXHIBIT 1**



| HOMEOWNERS 00 03 04 91 |
|:---:|

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

| DEFINITIONS |
|:---:|

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

2. "Business" includes trade, profession or occupation.

3. "Insured" means you and residents of your household who are:
   a. Your relatives; or
   b. Other persons under the age of 21 and in the care of any person named above.
   Under Section II, "insured" also means:
   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3.a. or 3.b. above. A person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner is not an "insured";
   d. With respect to any vehicle to which this policy applies:
      (1) Persons while engaged in your employ or that of any person included in 3.a. or 3.b. above; or
      (2) Other persons using the vehicle on an "insured location" with your consent.

4. "Insured location" means:
   a. The "residence premises";
   b. The part of other premises, other structures and grounds used by you as a residence and:
      (1) Which is shown in the Declarations; or
      (2) Which is acquired by you during the policy period for your use as a residence;

   c. Any premises used by you in connection with a premises in 4.a. and 4.b. above;
   d. Any part of a premises:
      (1) Not owned by an "insured"; and
      (2) Where an "insured" is temporarily residing;
   e. Vacant land, other than farm land, owned by or rented to an "insured";
   f. Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";
   g. Individual or family cemetery plots or burial vaults of an "insured"; or
   h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

5. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:
   a. "Bodily injury"; or
   b. "Property damage."

6. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

7. "Residence employee" means:
   a. An employee of an "insured" whose duties are related to the maintenance or use of the "residence premises," including household or domestic services; or
   b. One who performs similar duties elsewhere not related to the "business" of an "insured."

8. "Residence premises" means:
   a. The one family dwelling, other structures, and grounds; or
   b. That part of any other building;
   where you reside and which is shown as the "residence premises" in the Declarations.
   "Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the "residence premises" in the Declarations.

| SECTION I - PROPERTY COVERAGES |
|:---:|

**COVERAGE A - Dwelling**

We cover:

1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

2. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises."

This coverage does not apply to land, including land on which the dwelling is located.

Page 1 of 16

EXHIBIT 1



## COVERAGE B - Other Structures

We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. Used in whole or in part for "business"; or
2. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

## COVERAGE C - Personal Property

We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

1. Others while the property is on the part of the "residence premises" occupied by an "insured";
2. A guest or a "residence employee," while the property is in any residence occupied by an "insured."

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises," is 10% of the limit of liability for Coverage C, or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability.** These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.
2. $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the information from the lost or damaged material.
3. $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.
4. $1000 on trailers not used with watercraft.
5. $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.
6. $2000 for loss by theft of firearms.
7. $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.
8. $2500 on property, on the "residence premises," used at any time or in any manner for any "business" purpose.
9. $250 on property, away from the "residence premises," used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.
10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    a. Accessories or antennas; or

    b. Tapes, wires, records, discs or other media; for use with any electronic apparatus.
11. $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

    b. Is away from the "residence premises"; and

    c. Is used at any time or in any manner for any "business" purpose.

    Electronic apparatus includes:

    a. Accessories or antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus.

**Property Not Covered.** We do not cover:

1. Articles separately described and specifically insured in this or other insurance;
2. Animals, birds or fish;
3. Motor vehicles or all other motorized land conveyances.

   This includes:

   a. Their equipment and accessories; or

   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

   (1) Accessories or antennas; or



(2) Tapes, wires, records, discs or other media;

for use with any electronic apparatus. The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:
a. Used to service an "insured's" residence; or
b. Designed for assisting the handicapped;

4. Aircraft and parts.    Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

5. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

6. Property in an apartment regularly rented or held for rental to others by an "insured," except as provided in Additional Coverages 10.;

7. Property rented or held for rental to others off the "residence premises";

8. "Business" data, including such data stored in:
a. Books of account, drawings or other paper records; or
b. Electronic data processing tapes, wires, records, discs or other software media;

However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or

9. Credit cards or fund transfer cards except as provided in Additional Coverages 6.

## COVERAGE D - Loss Of Use

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover, at your choice, either of the following.  However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph b. below.
a. **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or
b. **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.

Payment under a. or b. will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2. If a loss covered under this Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the:

**Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

3. If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## ADDITIONAL COVERAGES

1. **Debris Removal.**   We will pay your reasonable expense for the removal of:
a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or
b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property.   If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:
a. Your tree(s) felled by the peril of Windstorm or Hail;
b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or
c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure.   The  $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2. **Reasonable Repairs.**   In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage.

Page 3 of 16



If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

a. Does not increase the limit of liability that applies to the covered property;

b. Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I - CONDITION 2.d.

**3. Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises," for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

We will pay up to $500 for:

a. The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

b. Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

c. Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

d. Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover use of a credit card or fund transfer card:

a. By a resident of your household;

b. By a person who has been entrusted with either type of card; or

c. If an "insured" has not complied with all terms and conditions under which the cards are issued.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of "business" use or dishonesty of an "insured."

This coverage is additional insurance. No deductible applies to this coverage.

Defense:

a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

b. If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

c. We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

**7. Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A - DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises." We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.



Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

8. **Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:
   a. Perils Insured Against in COVERAGE C - PERSONAL PROPERTY. These perils apply to covered buildings and personal property for loss insured by this additional coverage;
   b. Hidden decay;
   c. Hidden insect or vermin damage;
   d. Weight of contents, equipment, animals or people;
   e. Weight of rain which collects on a roof; or
   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e., and f. unless the loss is a direct result of the collapse of a building.

   Collapse does not include settling, cracking, shrinking, bulging or expansion.

   This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**
   We cover:
   a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and
   b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

   This coverage does not include loss on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

   Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

   This coverage does not increase the limit of liability that applies to the damaged property.

10. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the "residence premises" regularly rented or held for rental to others by an "insured," for loss caused only by the following Perils Insured Against:

a. **Fire or lightning.**
b. **Windstorm or hail.**
   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.
c. **Explosion.**
d. **Riot or civil commotion.**
e. **Aircraft,** including self-propelled missiles and spacecraft.
f. **Vehicles.**
g. **Smoke,** meaning sudden and accidental damage from smoke.
   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
h. **Vandalism or malicious mischief.**
i. **Falling objects.**
   This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.
j. **Weight of ice, snow or sleet** which causes damage to property contained in a building.
k. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.
   This peril does not include loss:
   (1) To the system or appliance from which the water or steam escaped;
   (2) Caused by or resulting from freezing except as provided in the peril of freezing below; or
   (3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

   In this peril, a plumbing system does not include a sump, sump pump or related equipment.
l. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.
   We do not cover loss caused by or resulting from freezing under this peril.

EXHIBIT 1



m. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance. This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:
(1) Maintain heat in the building; or
(2) Shut off the water supply and drain the system and appliances of water.

n. **Sudden and accidental damage from artificially generated electrical current.** This peril does not include loss to a tube, transistor or similar electronic component.

o. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

---

## SECTION I - PERILS INSURED AGAINST

### COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverages A and B if that loss is a physical loss to property. We do not insure, however, for loss:

1. Involving collapse, other than as provided in Additional Coverage 8.;
2. Caused by:
   a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless you have used reasonable care to:
      (1) Maintain heat in the building; or
      (2) Shut off the water supply and drain the system and appliances of water;
   b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
      (1) Fence, pavement, patio or swimming pool;
      (2) Foundation, retaining wall, or bulkhead; or
      (3) Pier, wharf or dock;
   c. Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;
   d. Vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;
   e. Any of the following:
      (1) Wear and tear, marring, deterioration;
      (2) Inherent vice, latent defect, mechanical breakdown;
      (3) Smog, rust or other corrosion, mold, wet or dry rot;
      (4) Smoke from agricultural smudging or industrial operations;
      (5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.
      Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;
      (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;
      (7) Birds, vermin, rodents, or insects; or
      (8) Animals owned or kept by an "insured."
      If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.
3. Excluded under Section I - Exclusions.

Under items 1. and 2., any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

### COVERAGE C - PERSONAL PROPERTY

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I - EXCLUSIONS.

1. **Fire or lightning.**
2. **Windstorm or hail.**
   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow,



sleet, sand or dust enters through this opening. This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

**3. Explosion.**

**4. Riot or civil commotion.**

**5. Aircraft,** including self-propelled missiles and spacecraft.

**6. Vehicles.**

**7. Smoke,** meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

**8. Vandalism or malicious mischief.**

**9. Theft,** including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

This peril does not include loss caused by theft:

a. Committed by an "insured";

b. In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or

c. From that part of a "residence premises" rented by an "insured" to other than an "insured."

This peril does not include loss caused by theft that occurs off the "residence premises" of:

a. Property while at any other residence owned by, rented to, or occupied by an "insured" except while an "insured" is temporarily living there. Property of a student who is an "insured" is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

b. Watercraft, and their furnishings, equipment and outboard engines or motors; or

c. Trailers and campers.

**10. Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight of ice, snow or sleet** which causes damage to property contained in a building.

**12. Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

a. To the system or appliance from which the water or steam escaped;

b. Caused by or resulting from freezing except as provided in the peril of freezing below; or

c. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

**13. Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

**14. Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

a. Maintain heat in the building; or

b. Shut off the water supply and drain the system and appliances of water.

**15. Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

**16. Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

---

## SECTION I - EXCLUSIONS

**1.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

b. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

(1) Fire;

(2) Explosion; or

(3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

**EXHIBIT 1**



ensues and then we will pay only for the ensuing loss.
This exclusion does not apply to loss by theft.

c. **Water Damage,** meaning:
  (1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
  (2) Water which backs up through sewers or drains or which overflows from a sump; or
  (3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

d. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises." But, if a Peril Insured Against ensues on the "residence premises," we will pay only for that ensuing loss.

e. **Neglect,** meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

f. **War,** including the following and any consequence of any of the following:
  (1) Undeclared war, civil war, insurrection, rebellion or revolution;
  (2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.
Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I - CONDITIONS.

h. **Intentional Loss,** meaning any loss arising out of any act committed:
  (1) By or at the direction of an "insured"; and
  (2) With the intent to cause a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

b. **Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

c. **Faulty, inadequate or defective:**
  (1) Planning, zoning, development, surveying, siting;
  (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
  (3) Materials used in repair, construction, renovation or remodeling; or
  (4) Maintenance;
of part or all of any property whether on or off the "residence premises."

| SECTION I - CONDITIONS |
|---|

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:
  a. To the "insured" for more than the amount of the "insured's" interest at the time of loss; or
  b. For more than the applicable limit of liability.

2. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:
  a. Give prompt notice to us or our agent;
  b. Notify the police in case of loss by theft;
  c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;
  d. Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and
(2) Keep an accurate record of repair expenses;

e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

f. As often as we reasonably require:
  (1) Show the damaged property;
  (2) Provide us with records and documents we request and permit us to make copies; and
  (3) Submit to examination under oath, while not in the presence of any other "insured," and sign the same;

g. Send to us, within 60 days after our request, your signed, sworn proof of loss



which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of the "insured" and all others in the property involved and all liens on the property;

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged personal property described in 2.e. above;

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

(8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

3. **Loss Settlement.** Covered property losses are settled as follows:

a. Property of the following types:

(1) Personal property;

(2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

(3) Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

b. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) The limit of liability under this policy that applies to the building;

(b) The replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) The necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) The actual cash value of that part of the building damaged; or

(b) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) Those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) and b.(2) above.

However, if the cost to repair or replace the damage is both:

(a) Less than 5% of the amount of insurance in this policy on the building; and

(b) Less than $2500;

we will settle the loss according to the provisions of b.(1) and b.(2) above whether or not actual repair or replacement is complete.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim



within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.

4. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:
   a. Repair or replace any part to restore the pair or set to its value before the loss; or
   b. Pay the difference between actual cash value of the property before and after the loss.

5. **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

6. **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.
   Each party will:
   a. Pay its own appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

7. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

8. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

9. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a. Reach an agreement with you;
b. There is an entry of a final judgement; or
c. There is a filing of an appraisal award with us.

11. **Abandonment of Property.** We need not accept any property abandoned by an "insured."

12. **Mortgage Clause.**
   The word "mortgagee" includes trustee.
   If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.
   If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
   a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
   b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and
   c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.
   If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.
   If we pay the mortgagee for any loss and deny payment to you:
   a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
   b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.
   Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Nuclear Hazard Clause.**
   a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**EXHIBIT 1**



b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**15. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**16. Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

---

## SECTION II - LIABILITY COVERAGES

**COVERAGE E - Personal Liability**
If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable. Damages include prejudgment interest awarded against the "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

**COVERAGE F - Medical Payments To Others**
We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury." Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees." As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location," if the "bodily injury":
   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;
   b. Is caused by the activities of an "insured";
   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or
   d. Is caused by an animal owned by or in the care of an "insured."

---

## SECTION II - EXCLUSIONS

1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** do not apply to "bodily injury" or "property damage":
   a. Which is expected or intended by the "insured";
   b. Arising out of or in connection with a "business" engaged in by an "insured." This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";
   c. Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of an "insured location":
      (1) On an occasional basis if used only as a residence;
      (2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or
      (3) In part, as an office, school, studio or private garage;
   d. Arising out of the rendering of or failure to render professional services;
   e. Arising out of a premises:
      (1) Owned by an "insured";
      (2) Rented to an "insured"; or
      (3) Rented to others by an "insured"; that is not an "insured location";
   f. Arising out of:
      (1) The ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an "insured";



(2) The entrustment by an "insured" of a motor vehicle or any other motorized land conveyance to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph (1) or (2) above.

This exclusion does not apply to:

(1) A trailer not towed by or carried on a motorized land conveyance.

(2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

(a) Not owned by an "insured"; or

(b) Owned by an "insured" and on an "insured location";

(3) A motorized golf cart when used to play golf on a golf course;

(4) A vehicle or conveyance not subject to motor vehicle registration which is:

(a) Used to service an "insured's" residence;

(b) Designed for assisting the handicapped; or

(c) In dead storage on an "insured location";

g. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

(2) The entrustment by an "insured" of an excluded watercraft described below to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an "insured."  This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:

(a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

(b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

(c) One or more outboard engines or motors with 25 total horsepower or less;

(d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";

(e) Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:

(i) You acquire them prior to the policy period; and

(a) You declare them at policy inception; or

(b) Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.

(ii) You acquire them during the policy period.

This coverage applies for the policy period.

(2) That are sailing vessels, with or without auxiliary power:

(a) Less than 26 feet in overall length;

(b) 26 feet or more in overall length, not owned by or rented to an "insured."

(3) That are stored;

h. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an aircraft;

(2) The entrustment by an "insured" of an aircraft to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

i. Caused directly or indirectly by war, including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

j. Which arises out of the transmission of a communicable disease by an "insured";

k. Arising out of sexual molestation, corporal punishment or physical or mental abuse; or

l. Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as



defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions e., f., g., and h. do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employees" employment by an "insured."

**2. Coverage E - Personal Liability,** does not apply to:

a. Liability:
   (1) For any loss assessment charged against you as a member of an association, corporation or community of property owners;
   (2) Under any contract or agreement. However, this exclusion does not apply to written contracts:
      (a) That directly relate to the ownership, maintenance or use of an "insured location"; or
      (b) Where the liability of others is assumed by the "insured" prior to an "occurrence";
   unless excluded in (1) above or elsewhere in this policy;

b. "Property damage" to property owned by the "insured";

c. "Property damage" to property rented to, occupied or used by or in the care of the "insured." This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

d. "Bodily injury" to any person eligible to receive any benefits:
   (1) Voluntarily provided; or
   (2) Required to be provided;
   by the "insured" under any:
   (1) Workers' compensation law;
   (2) Non-occupational disability law; or
   (3) Occupational disease law;

e. "Bodily injury" or "property damage" for which an "insured" under this policy:
   (1) Is also an insured under a nuclear energy liability policy; or
   (2) Would be an insured under that policy but for the exhaustion of its limit of liability.
   A nuclear energy liability policy is one issued by:
   (1) American Nuclear Insurers;
   (2) Mutual Atomic Energy Liability Under-writers;
   (3) Nuclear Insurance Association of Canada;
   or any of their successors; or

f. "Bodily injury" to you or an "insured" within the meaning of part a. or b. of "insured" as defined.

**3. Coverage F - Medical Payments to Others,** does not apply to "bodily injury":

a. To a "residence employee" if the "bodily injury":
   (1) Occurs off the "insured location"; and
   (2) Does not arise out of or in the course of the "residence employee's" employment by an "insured";

b. To any person eligible to receive benefits:
   (1) Voluntarily provided; or
   (2) Required to be provided;
   under any:
   (1) Workers' compensation law;
   (2) Non-occupational disability law; or
   (3) Occupational disease law;

c. From any:
   (1) Nuclear reaction;
   (2) Nuclear radiation; or
   (3) Radioactive contamination;
   all whether controlled or uncontrolled or however caused; or
   (4) Any consequence of any of these; or

d. To any person, other than a "residence employee" of an "insured," regularly residing on any part of the "insured location."

| SECTION II - ADDITIONAL COVERAGES |
|---|

We cover the following in addition to the limits of liability:

**1. Claim Expenses.** We pay:

a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit; and

d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.



2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to you or any other "insured."

3. **Damage to Property of Others.** We will pay, at replacement cost, up to $500 per "occurrence" for "property damage" to property of others caused by an "insured."
   We will not pay for "property damage":
   a. To the extent of any amount recoverable under Section I of this policy;
   b. Caused intentionally by an "insured" who is 13 years of age or older;
   c. To property owned by an "insured";
   d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or
   e. Arising out of:
   (1) A "business" engaged in by an "insured";
   (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured," other than the "insured location"; or
   (3) The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.
      This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an "insured."

4. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

a. "Bodily injury" or "property damage" not excluded under Section II of this policy; or
b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:
   (1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and
   (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:

a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or
b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:

1. Section II - Coverage E - Personal Liability Exclusion 2.a.(1);
2. Condition 1. Policy Period, under SECTIONS I AND II - CONDITIONS.

## SECTION II - CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds," claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

   Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured." This condition will not increase our limit of liability for any one "occurrence."

3. **Duties After Loss.** In case of an accident or "occurrence," the "insured" will perform the following duties that apply. You will help us by seeing that these duties are performed:
   a. Give written notice to us or our agent as soon as is practical, which sets forth:
      (1) The identity of the policy and "insured";
      (2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and
      (3) Names and addresses of any claimants and witnesses;
   b. Promptly forward to us every notice, demand, summons or other process relating to the accident or "occurrence";

EXHIBIT 1



   c. At our request, help us:
     (1) To make settlement;
     (2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";
     (3) With the conduct of suits and attend hearings and trials; and
     (4) To secure and give evidence and obtain the attendance of witnesses;
   d. Under the coverage - Damage to Property of Others - submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the "insured's" control.
   e. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury."

**4. Duties of an Injured Person - Coverage F - Medical Payments to Others.**
The injured person or someone acting for the injured person will:
   a. Give us written proof of claim, under oath if required, as soon as is practical; and
   b. Authorize us to obtain copies of medical reports and records.
The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**5. Payment of Claim - Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

**6. Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.
No one will have the right to join us as a party to any action against an "insured." Also, no action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.

**7. Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**8. Other Insurance - Coverage E - Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

**SECTIONS I AND II - CONDITIONS**

**1. Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

**2. Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:
   a. Intentionally concealed or misrepresented any material fact or circumstance;
   b. Engaged in fraudulent conduct; or
   c. Made false statements;
relating to this insurance.

**3. Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.
This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

**4. Waiver or Change of Policy Provisions.**
A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**5. Cancellation.**
   a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
   b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.
     (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
     (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.
     (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:
       (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or



(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. "Insured" includes:

(1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

---

### *MUTUAL POLICY CONDITIONS

You are a member of the Liberty Mutual Fire Insurance Company while this policy is in force. Membership entitles you to vote in person or by proxy at meetings of the company. The Annual Meeting is in Boston, Massachusetts, on the second Wednesday in April each year at 11 o'clock in the morning.

Also, as a member, you will receive any dividends declared on this policy by the Directors.

This policy is classified in Dividend Class II.

This policy has been signed by our President and Secretary at Boston, Massachusetts, and countersigned on the Declarations Page by an authorized representative.

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

**SECRETARY**

**PRESIDENT**

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1990

**EXHIBIT 1**



## AMENDATORY ENDORSEMENT - PAYMENT OF PREMIUM

### THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY

It is agreed your policy is amended as follows:

---

## SECTIONS I AND II - CONDITIONS

---

The following is added to existing **SECTIONS I AND II - CONDITIONS**:

1. **Payment of Premium.** If your initial premium payment is by check, draft, or any remittance other than cash, coverage under this policy is conditioned upon the check, draft, or remittance being honored upon presentment to the bank or other financial institution. If the check, draft, or remittance is not honored upon presentment, this policy may, at our option, be deemed void from its inception. This means that we will not be liable under this policy for any claims or damages which would otherwise be covered if the check, draft, or remittance had been honored upon presentment.

All other provisions of this policy apply.

**EXHIBIT 1**



# HOMEPROTECTOR PLUS ENDORSEMENT

## A. INCREASED SPECIAL LIMIT OF LIABILITY - JEWELRY, WATCHES, FURS, PRECIOUS AND SEMI-PRECIOUS STONES

Section I, Coverage C - Personal Property. Special Limits of Liability. Paragraph 5 is replaced with:

5. Jewelry, watches, furs, precious and semi-precious stones are insured for accidental direct physical loss or damage. The following exclusions and limitations apply:

   a. $2500 for loss by theft, subject to a maximum of $1000 for any one article.

   b. The limit of liability stated in the declarations page for Coverage C, for loss caused by perils named under Coverage C of this policy, other than theft.

   c. $2500 for loss caused by perils not named and not excluded in this policy, subject to a maximum of $1000 for any article.

   d. We do not cover loss or damage caused by mechanical breakdown, wear and tear, gradual deterioration, insects, vermin or inherent vice.

## B. REPLACEMENT COST PROVISION - DWELLING AND PERSONAL PROPERTY

You must meet the following additional Section I Condition for this provision to apply:

17. Additions or Changes to Dwelling - Notice to Company. You must inform us within 90 days of the start of any additions, alterations or improvements to the dwelling that will increase the replacement cost of the dwelling by $5,000 or more.

If you meet Condition 17, then Section I, Condition 3. Loss Settlement, is deleted and replaced by the following:

3. Loss Settlement. Covered property losses are settled as follows:

   a. The applicable limit of liability for Buildings under Coverage A or B is the replacement cost, after application of deductible and without deduction for depreciation, subject to the following:

      (1) We will pay the cost of repair or replacement, but not exceeding:

         (a) The replacement cost of that part of the building damaged using like construction on the same premises and intended for the same occupancy and use;

         (b) With respect to Coverage A, an amount not exceeding 20% greater than the limit of liability stated in the declaration, as modified by the Inflation Protection Provision of the policy;

         (c) With respect to Coverage B, the limit of liability stated in the declaration, as modified by the Inflation Protection Provision of the policy;

         (d) The amount actually and necessarily spent to repair or replace the damage.

      (2) The applicable limit of liability for roof surfacing, roof vents and roof flashing materials for Buildings under Coverage A or B is the actual cash value at the time of loss but not more than the amount required to repair or replace if the loss to the roof surfacing materials is caused by the peril of Windstorm or Hail and the policy is endorsed with the Actual Cash Value Loss Settlement Windstorm or Hail Losses to Roof Surfacing endorsement (FMHO 3325 03 12)

      (3) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of a.(1) above.

      However, if the cost to repair or replace the damage is both:

         (a) Less than 5% of the amount of insurance in this policy on the building;

             and

         (b) Less than $2500;

      We will settle the loss according to the provisions of a.(1) above whether or not actual repair or replacement is complete.



b. Awnings, outdoor antennas and outdoor equipment, whether or not attached to buildings, and structures that are not buildings; at actual cash value at the time of loss but not exceeding the amount needed to repair or replace.

c. Personal property, carpeting and household appliances: at replacement cost but not exceeding the amount needed to repair or replace subject to the following:

(1) Our limit of liability for loss to Personal Property shall not exceed the smallest of the following:

(a) Replacement cost with a similar item of like kind and quality at the time of loss;

(b) The full cost of repair;

(c) Any special limit of liability described in the policy or stated in this endorsement; or

(d) The Coverage C limit of liability stated in the declarations, as modified by the Inflation Protection of the policy.

(2) This endorsement shall not apply to:

(a) Fine arts and items which, by their nature cannot be replaced with new items;

(b) Articles whose age or history contribute substantially to their value including souvenirs or collector's items.

(c) Property that is unusable for the purpose for which it was originally intended due to age or historic condition.

(3) We will not pay for any loss to personal property under this endorsement until actual repair or replacement is complete.

d. You may disregard the replacement cost provision and make a claim for loss of or damage to property on an actual cash value basis and then make claim within 180 days after loss for additional liability under this endorsement.

## C. INCREASED LIMIT - COVERAGE D

We will pay the amount of loss covered by Coverage D which is actually sustained by you during the 12 consecutive months following the date of loss, subject to the periods of time under paragraphs 1, 2 and 3 of Coverage D - Loss of Use.

## D. ADDITIONAL COVERAGES

### REFRIGERATORS AND FREEZERS CONTENTS COVERAGE

We cover the contents of deep freeze or refrigerated units on the residence premises from the perils of:

1. Fluctuation or total interruption of electric power, either on or off premises, resulting from conditions beyond the control of the "insured".

2. Mechanical breakdown of any refrigeration equipment on premises including the blowing of fuses or circuit breakers.

We do not cover loss caused by the following additional exclusions:

1. Disconnection or termination of power due to turning off any switch.

2. Inability of power source to provide sufficient power due to government order, lack of fuel or lack of generating capacity to meet demand.

SPECIAL LIMIT - We will not pay more than $500 of your loss of refrigerator or freezer contents resulting from the above perils.

All other provisions of this policy apply.

### LOCK REPLACEMENT COVERAGE

We will pay up to $250 for replacing the locks or cylinders on the exterior doors of the residence premises when your keys have been stolen. The theft of the keys must be reported to the police for this coverage to apply.

This coverage is additional insurance. No deductible applies to this coverage.

**EXHIBIT 1**



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ESCAPE OF WATER FROM A SUMP, SUMP PUMP OR DRAIN ON THE RESIDENCE PREMISES (BUILDING AND SPECIFIED CONTENTS)

**DEFINITIONS**

The following definition is added:

"Household equipment and appliances" means only clothing washers and dryers, cooking ovens and ranges, dishwashers, permanently installed heating units, installed air conditioning units, installed carpeting and refrigeration units, not including contents;

**COVERED PROPERTY**

We cover the dwelling on the "residence premises" and "household equipment and appliances". Covered property does not include materials and supplies or structures described by Coverage B — Other Structures.

**EXTENSION OF COVERAGE**

For an additional premium, we cover accidental direct physical loss to property described above caused solely by water that escapes, overflows or discharges from a sump, sump pump, sump pump well or a drain or related plumbing appliance located on the "residence premises".

To the extent coverage is provided by this EXTENSION OF COVERAGE and up to the LIMIT OF LIABILITY described below, Section I — Exclusions, Water Damage, **1.**c.(4) and **1.**c.(5) do not apply. (This is Exclusions **3.**d. and **3.**e. in forms **HO 00 04** and **HO 00 06**.)

For purposes of coverage under this EXTENSION OF COVERAGE, a drain or related plumbing appliance does not include a roof drain, gutter, downspout or similar fixture or equipment.

**EXCLUSIONS**

**THIS IS NOT FLOOD INSURANCE.**

There shall be no coverage under this EXTENSION OF COVERAGE if water excluded under Section I— Exclusions, Water Damage, **1.**c.(1), **1.**c.(2) and **1.**c.(3) (This is Exclusions **3.**a., **3.**b. and **3.**c. in forms **HO 00 04** and **HO 00 06.**):

1. is concurrent with, in sequence with, or causes or contributes to the escape of water as described in this EXTENSION OF COVERAGE; and

2. damages property covered under Section I — Property Coverages by other than solely by escape, overflow or discharge from a sump, sump pump, sump pump well or a drain or related plumbing appliance on the "residence premises".

**LIMIT OF LIABILITY**

We will pay no more than the amount shown in the Declarations for this EXTENSION OF COVERAGE.

**DEDUCTIBLE**

We will pay only that part of the loss that exceeds $1,000. No other deductible applies.

All other provisions of this policy apply.

**EXHIBIT 1**



**HOME COMPUTER ENDORSEMENT**                                      FMHO 746 5/84

---

**LIMIT OF LIABILITY:$ _____ SEE DECLARATION _____**

For an additional premium, coverage applies to your computer as stated in this endorsement.

**DEFINITIONS**

**In addition to the definitions contained in the policy, certain other words are defined as follows:**

1. **"Computer"** means a programmable electronic device that can store, retrieve and process data.

2. **"Peripheral device"** means any physical unit used to operate the **computer**, that cannot be used for purposes other than as part of the **computer** system, such as tape or disc drives or printers.

3. **"Software"** means information that is stored on a storage device such as a magnetic tape or disc, for use on a **computer**, and which has been purchased from another person.

4. **"Media"** means the storage device upon which software is stored, such as blank cassette tapes or discs used solely with the **computer** or **peripheral device**.

**PROPERTY COVERED**

We cover:

1. Your owned or leased but not borrowed **computer**;

2. Your owned or leased but not borrowed **peripheral devices**;

3. Your owned or leased but not borrowed **software**; and

4. Your owned or leased but not borrowed **media**.

**BUSINESS USE**

We will cover your owned or leased but not borrowed property whether it is used for business or personal purposes. This includes business property pertaining to a business actually conducted on the residence premises and business property away from the residence premises.

**PERILS INSURED AGAINST AND EXCLUSIONS**

We insure for all risks of physical loss to the property described under this endorsement except loss caused by:

1. Wear and tear, gradual deterioration, depreciation, insects, vermin, corrosion, rust, mold, dampness, dryness, cold or heat;

2. Mechanical breakdown, faulty construction, an original defect in the property, error, omission or deficiency in design, specifications, workmanship or materials;

3. Neglect, meaning neglect of the **insured** to use all reasonable means to save and preserve the property at and after the time of a loss, or when property is endangered by a Peril Insured Against.

---

**EXHIBIT 1**



4. Intentional loss, meaning any loss arising out of any act committed:

  a. by or at the direction of the **insured** ; and

  b. with the intent to cause a loss.

This exclusion number 4 does not apply to an **insured** not participating in the intentional loss.

5. Dishonest, fraudulent or criminal acts committed at any time by you, a business partner, an employee, a member of your family, or anyone else with an interest in the property or their employees or agents, whether or not occurring during the hours of employment.  Nor do we insure against dishonest acts by anyone entrusted with the property.

6. Indirect or consequential loss to the property.

7. War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these.  Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

8. Water Damage, meaning:

  a. flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by the wind;

  b. water which backs up through sewers or drains; or

  c. water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalks, driveway, foundation, swimming pool or other structure.

  Direct loss by fire, explosion or theft resulting from water damage is covered.

9. Nuclear Hazard

  a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

  b. Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or, otherwise included within the Perils Insured Against.

  c. This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

10. Any change or variation in electric power supply if the change or variation originates outside the residence premises.

11. Short circuit or blowout of other electric apparatus.

12. Magnetic injury, disturbance, or erasure of electronic data.

13. An error in programming that results in an interruption or loss of use or business.

**EXHIBIT 1**



**LIMIT OF LIABILITY**

Our limit of liability for loss under this endorsement will be the lesser of:

1. The cost of new property of similar make, type, quality, capacity and size; or

2. The reasonable cost of repair with parts of like kind and quality; or

3. The limit of liability as shown.

We reserve the right to repair or replace the damaged property or to pay for this loss in money.

**DEDUCTIBLE**

We will pay only that part of your loss under this endorsement that exceeds $50. No other deductible applies to this coverage.

All other provisions of this policy apply.

**EXHIBIT 1**



## PROTECTIVE DEVICES

For a premium discount, we acknowledge the installation of fire, theft, or water protective system or device approved by us on the "residence premises." You agree to maintain the approved system or device in working order and to let us know promptly of any change made to the system or device or if it is removed. We reserve the right of modifying or removing the discount based on our knowledge of how the system or device is maintained by you.

FMHO 4172 10/14                                                                                    Page 1 of 1

EXHIBIT 1



## LOYALTY REWARDS ENDORSEMENT

At our sole discretion, we, or a partner organization, may reward you by:

1.  providing you, or another person insured under this policy, with things of value, including: airline miles, memberships, merchandise, points, rewards, services, or other items.

2.  making on your behalf, or allowing others to make on your behalf, one or more of the following: charitable contributions, donations, or gifts.

All other policy terms and conditions apply.

PMKT 1175 0615            <<COMPANY_FOOTER_NAME_LIT>>

**EXHIBIT 1**

**HOMEOWNERS**
**HO 04 53 04 91**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CREDIT CARD, FUND TRANSFER CARD, FORGERY AND
# COUNTERFEIT MONEY COVERAGE
**Increased Limit**

For an additional premium, the limit of liability for Additional Coverage **6.**, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money, is increased to $ _____*.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

**HO 04 53 04 91**          Copyright, Insurance Services Office, Inc.,  1990          **Page 1 of 1**

**EXHIBIT 1**



**THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY**

## HOMEOWNER AMENDATORY ENDORSEMENT

**DEFINITIONS**

The opening paragraph is deleted and replaced by the following:

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and:

a. the spouse of the "named insured" shown in the Declarations, if a resident of the same household; or

b. the partner in a civil union, registered domestic partnership, or similar union or partnership, with the "named insured" shown in the Declarations, if a resident of the same household.

Item b., above, only applies if the civil union, registered domestic partnership or other similar union or partnership is validly entered into under the law of any state, territory or possession of the United States of America, any territory or province of Canada, or the equivalent of a state or province in any other country.

"We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

The following is added:

"Actual cash value"

a. When damage to property is economically repairable, "actual cash value" means the cost that would be necessary to repair the damage based on the age and conditions of the materials making up the damaged property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

b. When damage to property is not economically repairable or loss prevents repair, "actual cash value" means the market value of property in a used condition equal to that of the lost or damaged property, if reasonably available on the used market.

c. Otherwise, "actual cash value" means the market value of new, identical, or nearly identical property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

The reasonable deduction in items a. and c., above, will apply to materials, labor, and overhead and profit.

Where the term actual cash value is stated in the policy and any endorsements attached to the policy, this Definition of "actual cash value" applies.

**SECTIONS I AND II - CONDITIONS**

Under **9. Death**, the opening paragraph is deleted and replaced by the following:

If any person named in the Declarations or the spouse, if a resident of the same household; or the partner in a civil union, registered domestic partnership or similar union or partnership, if a resident of the same household, dies:

All other provisions of this policy apply.

FMHO 2934 07 20

EXHIBIT 1



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPECIAL PROVISIONS – OHIO

**AGREEMENT**

The following language is added to the end of the Agreement section:

The application for this policy is incorporated herein and made a part of this policy. When we refer to the policy, we mean this document, the application, the Declarations page, and any applicable endorsements. The Insured agrees that all of the statements in the application for this policy are his or her statements, and constitute warranties. The Insured agrees that this policy is issued in reliance upon the truth of the Insured's warranties in the application. If it is determined that any warranty made in the application is incorrect, this policy shall be void ab initio (void back to the date of inception) upon return of the policy premium.

**DEFINITIONS**

Item **2.** "Business" is deleted and replaced by the following:

**2.** "Business" includes:

    a. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

    b. Any other activity engaged in for money or other compensation, except the following:

        (1) One or more activities, not described in (2) or (3) below, for which no "insured" receives more than $3,000 in total compensation for the 12 months before the beginning of the policy period;

        (2) Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity; or

        (3) A "short term rental".

Under **4.** "Insured location" item e. is deleted and replaced by the following:

    e. Vacant land, including that which is vacant except for a fence, owned by or rented to an "insured" other than farmland;

The following definition is added:

    "Short term rental" means one or more rentals, in whole or in part, of the "residence premises" for up to a combined total of 31 days during the policy period.

**SECTION I - PROPERTY COVERAGES**

**COVERAGE A – Dwelling**

For form HO 00 03, item **1.** is amended as follows:

We cover:

**1.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling, and attached wall-to-wall carpeting;

**COVERAGE B – Other Structures**

In all forms other than **HO 00 04** and **HO 00 06**, item **2.** is deleted and replaced by the following:

**2.** Rented to any person not a tenant of the dwelling, unless used solely as a private garage.

**COVERAGE C - Personal Property**

The following is added under items **1.** and **2.**:

However, we will not cover personal property owned by tenants or guests if the tenants or guests have compensated the "insured" for use of the "residence premises".

**Special Limits of Liability**

For form HO 00 03, the introductory paragraph of **Special Limits of Liability** is amended to read:



These do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply.

Items **10.** and **11.** are deleted and replaced by the following (These are Items **7.** and **8.** in Form **HO 00 08**):

**10.** $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

   a. Accessories and antennas; or

   b. Tapes, wires, records, discs or other media;

   For use with any electronic apparatus described in this item **10.**

**11.** $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

   a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

   b. Is away from the "residence premises"; and

   c. Is used at any time or in any manner for any "business" purpose.

   Electronic apparatus includes:

   a. Accessories and antennas; or

   b. Tapes, wires, records, discs or other media;

   for use with any electronic apparatus described in this item **11.**

For form HO 00 03, the following limits are added:

**12.** $5000 on electronic data processing system equipment and the recording or storage media or accessories used with that equipment.

**13.** $5000 on any one article and $10000 in the aggregate for loss by theft of any rug, carpet (excluding attached wall-to-wall carpet), tapestry, wall-hanging or other similar article.

**14.** $2500 in the aggregate for loss of any of the following whether or not they are part of a collection: trading cards, comic books, figurines, stamps, advertising materials, stuffed animals, dolls, sports and entertainment memorabilia, toys, games, militaria, and books.

**15.** $1200 for any one electrical appliance for loss by sudden and accidental damage from artificially generated electrical currents. This special limit does not apply to electronic data processing equipment or storage media.

In the event Landlord Endorsement FMHO 6502 is part of this policy, the above coverage contained in Special Limits of Liability introductory paragraph and Subparagraphs **10.** through **15.** are deleted.

**Property Not Covered**

Item **3.** is deleted and replaced by the following:

**3.** Motor vehicles or all other motorized land conveyances. This includes:

   a. Their equipment and accessories; or

   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

     (1) Accessories or antennas; or

     (2) Tapes, wires, records, discs or other media;

     for use with any electronic apparatus described in this item **3.**b.

The exclusion of property described in **3.**a. and **3.**b. above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

**EXHIBIT 1**



a.   Used to service an "insured's" residence; or

b.   Designed for assisting the handicapped;

In the event Landlord Endorsement FMHO 6502 is part of this policy, the above coverage contained in the final two Subparagraphs of Item **3.** (a. and b.) is deleted.

Item **6.** is deleted and replaced by the following:

**6.**   Property in a location on the "residence premises", when the location is rented to others by an "insured".

This exclusion does not apply to property of an "insured":

a.   located on the "residence premises" when the "residence premises" is rented in whole or in part as a "short term rental"; or

b.   located in a sleeping room rented to others by an "insured" on the "residence premises".

For form HO 00 03, the following item is added as personal property items not covered.

**10.**   Water or steam

**COVERAGE D - Loss Of Use** is deleted and replaced by the following:

The limit of liability for Coverage D is the total limit for all the coverages that follow.

**1.**   If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover Additional Living Expense. Additional Living Expense means any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or to permanently relocate your household elsewhere.

**2.**   If a loss covered under this Section makes that part of the "residence premises" rented to others by you not fit to live in, we cover your Loss of Rent. Loss of Rent means the rental income to you of that part of the "residence premises" rented to others at the time of loss, less any expenses that do not continue while the premises is not fit to live in.

This coverage does not apply to:

a.   The "residence premises" or that part of the "insured location" that is not rented or leased at the time of the loss; or

b.   to any increase in rent or lease payment that occurs after the time of the loss.

We will pay up to $5,000 to reimburse your Loss of Rent when a "short term rental" is cancelled because of a covered loss.

Payment will be for the shortest time required to repair or replace that part of the premises rented.

**3.**   If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Loss of Rent as provided under **1.** and **2.** above for no more than two weeks.

The periods of time under **1.**, **2.** and **3.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement, other than a "short term rental" as provided under **2.** above.

In the event Landlord Endorsement FMHO 6502 is part of this policy, the above coverages contained in Coverage D - Loss of Use are deleted and do not apply.

**ADDITIONAL COVERAGES**

Item **1. Debris Removal** is deleted and replaced by the following:

**1.   Debris Removal.** We will pay the reasonable expense you incur for the removal of:

a.   Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

b.   Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

**EXHIBIT 1**



This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay the reasonable expense you incur, up to $500, for the removal from the "residence premises" of:

a. Your tree(s) felled by the peril of Windstorm or Hail;

b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

For form **HO 00 03**, item **7. Loss Assessment** is deleted in its entirety.

For form **HO 00 03**, the following is added to item **8. Collapse**.

With respect to this Additional Coverage:

(1) Collapse means the sudden and entire falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied or used for its current intended purpose.

(2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

(4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

Item **9. Glass or Safety Glazing Material** is deleted and replaced by the following:

**9. Glass or Safety Glazing Material**

a. We cover:

(1) For all forms other than **HO 00 04** and **HO 00 06**, the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window and for:

(a) Form **HO 00 04**, the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions and Alterations; and

(b) Form **HO 00 06**, the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage A; and

(2) For all forms other than **HO 00 04** and **HO 00 06**, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

(a) Form **HO 00 04**, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions and Alterations; and

(b) Form **HO 00 06**, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage A; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or



    (2) On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the  loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not  considered vacant.

Loss to glass covered under this ADDITIONAL COVERAGE **9.** will be settled on the basis of replacement with safety glazing materials when required  by ordinance or law.

For forms **HO 00 01** and **HO 00 08**, we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

    (This is Additional Coverage **8.** in forms **HO 00 01** and **HO 00 08**.)

For form **HO 00 03**, item **10. Landlord's Furnishings** is deleted in its entirety.

The following ADDITIONAL COVERAGE is added to all forms except **HO 00 08**. With respect to form **HO 00 04**, the words 'covered building' used below, refer to property covered under ADDITIONAL COVERAGE **10.** Building Additions and Alterations.

**12. Ordinance or Law**

    a.  You may use up to 10% of the limit of liability that applies to COVERAGE A (or for form **HO 00 04**, you may use up to 10% of the limit of liability that applies to Building Additions and Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

        (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a PERIL INSURED AGAINST;

        (2) The demolition and  reconstruction of the undamaged part of a covered building or other structure,  when that building or other structure must be totally demolished because of damage by a PERIL INSURED AGAINST to another part of that covered building or other structure; or

        (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling,  repair or replacement of that part of the covered building or other structure damaged by a PERIL INSURED AGAINST.

    b.  You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

    c.  We do not cover:

        (1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

        (2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants  on  any covered building or other structure.

        Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is ADDITIONAL COVERAGE **11.** in forms **HO 00 01** and **HO 00 06**.)

**SECTION I - PERILS INSURED AGAINST**

**COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES**

For form **HO 00 03**, the following is added to item **2.b.**:

    (4) Footing(s)

For all forms other than **HO 00 04** and **HO 00 06**, item **2.d.** is deleted and replaced by the following:

    d.  Vandalism and malicious mischief, including fire caused by arson and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;



For form **HO 00 03**, the following is added to item **2.e.**:

    (10) Growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;

For form **HO 00 03**, the final paragraph of Item **2.** is further revised as follows:

    If any of these cause sudden and accidental water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

## SECTION I – EXCLUSIONS

Item **1. Ordinance or Law** is deleted and replaced by the following:

1. **Ordinance or Law,** meaning any ordinance or law:

    a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **1.a.**, does not apply to the amount of coverage that may be provided for under ADDITIONAL COVERAGES, Glass or Safety Glazing Material or Ordinance or Law;

    b. The requirements of which result in a loss in value to property; or

    c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    This exclusion applies whether or not the property has been physically damaged.

    (This is exclusion **1.a.** in form **HO 00 03**.)

Item **2. Earth Movement** is deleted and replaced by the following:

2. **Earth Movement,** meaning movement of the earth, whether combined with water or not, in any direction, including but not limited to:

    a. Earthquake, including land shock waves or tremors before, during, or after a volcanic eruption;

    b. Landslide, mud slide, or mud flow;

    c. Subsidence or sinkhole; or

    d. Any other earth movement, including earth sinking, rising, shifting, expanding, contracting, or eroding;

    caused by or resulting from manmade, animal, or natural actions, events, or conditions.

    If direct loss by fire or explosion ensues, we will pay only for the ensuing loss.

    This exclusion does not apply to loss by theft.

    (This is Exclusion **1.b.** in Form **HO 00 03**.)

Item **3.** is deleted and replaced by the following:

3. **Water Damage,** meaning:

    a. (1) Flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, storm surge or spray from any of these, whether or not driven by wind, including hurricane or similar storm; or

        (2) release of water held by a dam, levee, dike or by a water or flood control device or structure;

    b. Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

    c. Water which escapes or overflows from sewers or drains located off the "residence premises";

**EXHIBIT 1**



d. Water which escapes or overflows from drains or related plumbing appliances on the "residence premises". However, this exclusion does not apply to overflow and escape caused by malfunction on the "residence premises", or obstruction on the residence premises, of a drain or plumbing appliance on the "residence premises"; or

e. Water which escapes or overflows or discharges, for any reason, from within a sump pump, sump pump well or any other system designed to remove water which is drained from the foundation area.

Water includes any water borne materials.

This exclusion applies whether the water damage is caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

(This is exclusion **1**.c. in Form **HO 00 03**.)

Item **4. Power Failure** is deleted and replaced by the following:

**4. Power Failure**, meaning the failure of power or other utility service if the failure takes place off the "residence premises." But if the failure of power or other utility service results in a loss, from a PERIL INSURED AGAINST on the "residence premises," we will pay for the loss or damage caused by that PERIL INSURED AGAINST.

(This is exclusion **1**.d. in form **HO 00 03**.)

For form **HO 00 03**, the following is added as item **2**.d.

d. **Cosmetic Loss or Damage**, meaning any loss that alters only the physical appearance of the metal roof covering but:

(1) does not result in the penetration of water through the metal roof covering; or

(2) does not result in the failure of the metal roof covering to perform its intended function of keeping out the elements over an extended period of time.

Metal roof covering means the metal roofing material exposed to the weather; the underlayments applied for moisture protection; and all flashings required in the replacement of a metal roof covering.

We do cover loss or damage by hail to roof coverings that allow the penetration of water through the roof covering or that results in the failure of the roof covering to perform its intended function of keeping out the elements over an extended period of time.

## SECTION I – CONDITIONS

**2. Your Duties After Loss.**

Paragraph a. is deleted and replaced by the following:

a. Give prompt notice to us or our agent. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than 365 days after the date of loss.

**3. Loss Settlement**

Under Form **HO 00 06**, Item b.(2) is deleted and replaced by the following:

(2) If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

The following paragraph is added to all forms and applies to this policy and to any Loss Settlement provision in any other endorsement applicable to this policy:

Loss Settlement does not include payment for any actual or perceived decrease in market or resale value resulting from loss to or repair of your covered property.

## SECTION II – EXCLUSIONS

Under **1**. COVERAGE E – Personal Liability and COVERAGE F – Medical Payments to Others:

Item a. is deleted and replaced by the following:

a. Which is expected or intended by the "insured", even if the resulting "bodily injury" or "property damage":



(1) is of a different kind, quality, or degree than initially expected or intended; or

(2) is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

Item c. is deleted and replaced by the following:

c. Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of the "residence premises":

(1) As a "short term rental" for use only as a residence;

(2) In part, unless intended for use as a residence more than two roomers or boarders; or

(3) In part, as an office, school, studio or private garage;

The following item is added:

m. Arising out of the actions of a dangerous or vicious dog, as defined under OHIO REV. CODE, Sec. 955.11, and the "insured's" failure to keep:

(1) The dangerous dog, while on the premises of the owner, keeper or harborer, restrained by a leash or a tether;

(2) The vicious dog while on the premises of the owner, keeper, or harborer, securely confined at all times in a locked pen that has a top, a locked fenced yard or other locked enclosure that has a top; and

(3) The dangerous and vicious dog, while off the premises of the owner, keeper or harborer, on a chain-link leash or tether that is not more than six feet in length and in addition, keep the dog:

(a) Confined in a locked pen that has a top, locked  fenced  yard, or other locked enclosure that has a top:

(b) Leashed or tethered and controlled by a person who is of suitable age and discretion or securely attach, tie, or affix the leash or tether to the ground or a stationary object or fixture so that the dog is adequately restrained and station such a person in close enough proximity to that dog so as to prevent it from causing injury to any person; or

(c) Muzzled.

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

## SECTION II – ADDITIONAL COVERAGES

For form **HO 00 03**, item **1.**c. under **Claims Expenses** is amended as follows:

c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

Under **3. Damage to Property to Others**, item d. is deleted and replaced by the following:

d. To property owned by or rented to a tenant of an "insured" or a resident in your household. This does not apply to "short term rentals"; or

For form **HO 00 03**, item **4. Loss Assessment** is deleted in its entirety.

## SECTIONS I AND II – CONDITIONS

Item **2. Concealment or Fraud** is deleted and replaced by the following:

**2. Concealment or Fraud**

a. This policy will not provide coverage under any part of this policy for any insured or any other person or entity seeking benefits under this policy (whether before or after a loss) if any insured:

**EXHIBIT 1**



(1) conceals or misrepresents any material fact or circumstance,

(2) makes false statements or

(3) engages in fraudulent conduct,

any of which relate to a loss, an accident, or a claim.

### 5. Cancellation

Paragraph b. is deleted and replaced by the following:

b.   We may cancel this policy, as stated below, by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will sufficient proof of notice.

(1) We may cancel at any time by letting you know at least 10 days before the date cancellation takes effect if we cancel because:

(a) You have not paid the premium;

(b) There has been a material misrepresentation of fact related to this insurance; or

(c) Evidence of arson exists.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if the risk has changed substantially since the policy was issued:

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

Item **10.** is added:

### 10. Loyalty Rewards

At our sole discretion, we, or a partner organization, may reward you by providing you, or another person insured under this policy, with things of value, including: airline miles, memberships, merchandise, points, rewards, services, or other items.

All other provisions of this policy apply.

**EXHIBIT 1**



# AMENDATORY MOLD, FUNGUS, WET ROT, DRY ROT, BACTERIA, OR VIRUS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DEFINITIONS**

The following definition is added to the DEFINITIONS section:

9. **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** means any type or form of fungus, rot, virus or bacteria. This includes mold, mildew and any mycotoxins (meaning a toxin produced by a fungus), other microbes, spores, scents or byproducts produced or released by mold, mildew, fungus, rot, bacteria, or viruses.

**SECTION I – PROPERTY COVERAGES**

**Additional Coverages**

The following Additional Coverage is added:

11. **Remediation of "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus" Resulting Directly From Any Covered Loss**

We will pay, up to the Additional Coverage – Mold Limit of Liability shown below, for the **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss.

**"Remediation"** means the reasonable and necessary treatment, containment, decontamination, removal or disposal of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** as required to complete the repair or replacement of property, covered under Section I of the policy, that is damaged by any covered peril insured against, and also consists of the following:

1. The reasonable costs or expense to remove, repair, restore, and replace that property including the costs to tear out and replace any part of the building as needed to gain access to the **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"**; and

2. the reasonable costs or expense for the testing or investigation necessary to detect, evaluate or measure **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"**; and

3. any loss of fair rental value, or reasonable increase in additional living expenses, that is necessary to maintain your normal standard of living, if **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss makes your residence premises uninhabitable.

We will pay no more than the Additional Coverage - Mold Limit of Liability shown below for the **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss during the policy period, regardless of the number of locations under the policy to which this endorsement is attached, the number of persons whose property is damaged, the number of "insureds," or the number of losses or claims made.

If there is a covered loss or damage to covered property, not caused, in whole or in part, by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** loss payment will not be limited by the terms of this Additional Coverage, except to the extent that **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

FMHO 3370 11 12

**EXHIBIT 1**



### ADDITIONAL COVERAGE -- MOLD LIMIT OF LIABILITY

**Mold Limit of Liability:** **SECTION I** **Aggregate Limit** **$5,000**

This Additional Coverage does not increase the limits of liability under Section I of the policy as shown in the Declarations.

### SECTION I – EXCLUSIONS

Exclusion **1.i.** is added:

 i. Except as provided by **Additional Coverage 11.**, loss consisting of or caused by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** is excluded, even if resulting from a peril insured against under Section I. We do not cover **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** even if resulting from a peril insured against under Section I, except as provided by **Additional Coverage 11.**

### SECTION II – EXCLUSIONS

**Coverage E - Personal Liability and Coverage F - Medical Payments to Others**
Exclusion **1.m.** is added:

 m. Arising out of or aggravated by, in whole or in part by, **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus."**

**This endorsement takes precedence over all other endorsements attached to your policy.**

**EXHIBIT 1**



# SEEPAGE EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SECTION I – PERILS INSURED AGAINST**

**Coverage A – Dwelling and Coverage B – Other Structures**

**Paragraph 2.e.(9)** is added:

**(9)** Seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or fuel over a period of 14 days or more, resulting in damage to the structure, whether hidden or not.

**This endorsement takes precedence over all other endorsements attached to your policy.**

**EXHIBIT 1**



## <u>NO</u> SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## <u>LIMITED</u> SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE

### BUSINESS
HO 04 96 04 91

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II - Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C - Special Limits of Liability - item **8.** imposes that limit on "business" property on the "residence premises." (Item **8.** corresponds to item **5.** in Form **HO 00 08.**);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C - Special Limits of Liability - item **9.** imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **10.** and **11.** (Items **9., 10.** and **11.** correspond to items **6., 7.** and **8.** respectively in Form **HO 00 08.**)

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

**EXHIBIT 1**



## LEAD POISONING EXCLUSION ENDORSEMENT

The following provisions are added to and made part of your Homeowners Policy:

Section I - Property Coverages do not apply to any costs or expenses incurred or loss arising out of:

1.  the removal, testing for, monitoring, clean-up, abatement, treatment, or neutralization of lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead, or;

2.  any governmental direction or other request that you test for, monitor, clean-up, remove, abate, contain, treat or neutralize lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead.

Coverage E - Personal Liability and Coverage F - Medical Payments to Others do not apply to bodily injury or property damage:

1.  arising out of lead paint, plaster or putty containing lead; soil or earth containing lead or any other material or substance containing lead, or;

2   any costs or expenses incurred or loss arising out of any claim, governmental direction, or request that you test for, monitor, clean-up, remove, abate, contain, treat or neutralize lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead.

This exclusion applies to any obligation to share damages, costs or expenses with someone else or to repay someone else who must pay damages, costs or expenses.

FMHO 976 (Ed. 5-92)                    **LIBERTY MUTUAL GROUP**                                   PF



## INFLATION PROTECTION ENDORSEMENT

It is agreed that the limits of liability for:

Coverage A, Dwelling;

Coverage B, Structure;

Coverage C, Personal Property;

and Coverage D, Loss of Use,

shall be raised by the rate of increase in the latest available information on residential building cost inflation.

### METHOD

To find the limits of liability on a given date, the Index Level the Company assigns to that date will be divided by the Index Level for the effective date of this Endorsement. This Factor is then multiplied by the limit for Coverages A, B, C and D separately.

If during this policy's term the Coverage A limit is changed at the insured's request, the effective date of this Endorsement is amended to the effective date of such change.

This Endorsement shall not reduce the limits of liability to less than the amount shown on:

    a. The policy; or

    b. The most recent Homeowners Policy Renewal Declaration.

This Endorsement must be attached to Change Endorsement when issued after the policy is written.

**EXHIBIT 1**



## UNDERGROUND FUEL STORAGE TANK EXCLUSION

**The following provision is added to and made part of your Homeowners Policy:**

**Section II - Exclusions**

**The Paragraph below is added:**

**Coverage E - Personal Liability and Coverage F - Medical Payments to Others do not apply to "bodily injury" or "property damage":**

arising out of the release of fuel or fuel products from an "underground storage tank system."

"Underground storage tank system" means the underground tank, the fill pipe, the vent pipes, and all associated fixtures, including pipe and tubing which contains or conveys fuel or fuel products from the underground storage tank to the point of combustion.

All other provisions of this policy apply.

FMHO 1097 (Ed. 1-97)                    Liberty Mutual Group                    Page 1 of 1

**EXHIBIT 1**

POLICY NUMBER:  < <POL.NUM> >



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SCHEDULED PERSONAL PROPERTY ENDORSEMENT

**HOMEOWNERS
HO 04 61 04 91**

For an additional premium, we cover the classes of personal property indicated by an amount of insurance. This coverage is subject to the DEFINITIONS, SECTION I - CONDITIONS, SECTIONS I AND II - CONDITIONS and all provisions of this endorsement. The Section I deductible as shown on the Declarations does not apply to this coverage.

| | Class of Personal Property | Amount of Insurance | Premium |
|---|---|---|---|
| 1. | **Jewelry,** as scheduled. | * < <JW.L> > | * < <JW.PR> > |
| 2. | **Furs** and garments trimmed with fur or consisting principally of fur, as scheduled. | < <FUR.LI> > | < <FUR.PR> > |
| 3. | **Cameras,** projection machines, films and related articles of equipment, as listed. | < <CAM.L> > | < <CAM.PR> > |
| 4. | **Musical instruments** and related articles of equipment, as listed.<br><br>You agree not to perform with these instruments for pay unless specifically provided under this policy. | < <INS.LI> > | < <INS.PR> > |
| 5. | **Silverware,** silver-plated ware, goldware, gold-plated ware and pewterware, but excluding pens, pencils, flasks, smoking implements or jewelry. | < <SIL.LI> > | < <SIL.PR> > |
| 6. | **Golfer's equipment** meaning golf clubs, golf clothing and golf equipment. | < <GOL.LI> > | < <GOL.PR> > |
| 7.a. | **Fine Arts,** as scheduled. This premium is based on your statement that the property insured is located at the following address.<br>at<br>at | Total Fine Arts Amount < <ART.LI> > | < <ART.PR> > |
| 7.b. | For an additional premium, paragraph 5.b. under Perils Insured Against is deleted only for the articles marked with a double asterisk (**) in the schedule below. | Amount of 7.b. only < <BRE.LI> > | < <BRE.PR> > |
| 8. | **Postage Stamps** | < <STA.LI> > | < <STA.PR> > |
| 9. | **Rare and Current Coins** | < <COI.LI> > | < <COI.LI> > |
| | | | |

**SCHEDULE***

| Article | Description | Amount of Insurance |
|---|---|---|
| < <BLANKET.COV.JEWELRY.LIT> > | < <BLANKET.COV.LIT> > | < <BLANKET.JEWELRY.LIMIT> > |

**THE AMOUNTS SHOWN FOR EACH ITEM IN THE SCHEDULE ARE LIMITED BY CONDITION 2. LOSS SETTLEMENT ON PAGE 3 OF THIS ENDORSEMENT.**

*Entries may be left blank if shown elsewhere in this policy for this coverage.

**NEWLY ACQUIRED PROPERTY - Jewelry, Furs, Cameras and Musical Instruments Only**

We cover newly acquired property of a class of property already insured. The lesser of the following limits applies:

1. 25% of the amount of insurance for that class of property; or

2. $10,000.

When you acquire new property you must:

1. Report these objects to us within 30 days; and

2. Pay the additional premium from the date acquired.

Copyright, Insurance Services Office, Inc., 1990



**NEWLY ACQUIRED FINE ARTS**

When Fine Arts are scheduled, we cover objects of art acquired during the policy period for their actual cash value. However, we will pay no more than 25% of the amount of insurance for fine arts scheduled. For coverage to apply for newly acquired fine arts you must:

1. Report these objects to us within 90 days; and

2. Pay the additional premium from the date acquired.

**PERILS INSURED AGAINST**

We insure against risks of direct loss to property described only if that loss is a physical loss to property; however, we do not insure loss caused by any of the following:

1. Wear and tear, gradual deterioration or inherent vice.

2. Insects or vermin.

3. War, including the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

4. Nuclear Hazard, to the extent set forth in the Nuclear Hazard Clause of Section I - Conditions.

5. If Fine Arts are covered:

   a. Repairing, restoration or retouching process;

   b. Breakage of art glass windows, glassware, statuary, marble, bric-a-brac, porcelains and similar fragile articles. We cover loss by breakage if caused by:

   (1) Fire or lightning;

   (2) Explosion, aircraft or collision;

   (3) Windstorm, earthquake or flood;

   (4) Malicious damage or theft;

   (5) Derailment or overturn of a conveyance.

   We do not insure loss, from any cause, to property on exhibition at fair grounds or premises of national or international expositions unless the premises are covered by this policy.

6. If Postage Stamps or Rare and Current Coins collections are covered:

   a. Fading, creasing, denting, scratching, tearing or thinning;

   b. Transfer of colors, inherent defect, dampness, extremes of temperature, or depreciation;

   c. Being handled or worked on;

   d. The disappearance of individual stamps, coins or other articles unless the item is:

   (1) Described and scheduled with a specific amount of insurance; or

   (2) Mounted in a volume and the page it is attached to is also lost;

   e. Shipping by mail other than registered mail; or

   f. Theft from any unattended automobile unless being shipped as registered mail.

   We do not insure loss, from any cause, to property:

   a. In the custody of transportation companies; or

   b. Not part of a stamp or coin collection.

**TERRITORIAL LIMITS**

We cover the property described worldwide. However, Fine Arts are covered only within the United States and Canada.

**SPECIAL PROVISIONS**

1. Fine Arts: You agree that the covered property will be handled by competent packers.

2. Golfer's Equipment includes your other clothing while contained in a locker when you are playing golf. We cover golf balls for loss by fire or burglary provided there are visible marks of forcible entry into the building, room or locker.

Copyright, Insurance Services Office, Inc., 1990

**EXHIBIT 1**


Liberty Mutual.
INSURANCE

**3.** Postage Stamps includes the following owned by or in the custody or control of the "insured":

    **a.** Due, envelope, official, revenue, match and medicine stamps;

    **b.** Covers, locals, reprints, essays, proofs and other philatelic property; or

    **c.** Books, pages and mounting of items in **a.** and **b.**

**4.** Rare and Current Coins includes the following owned by or in custody or control of the "insured":

    **a.** Medals, paper money, bank notes;

    **b.** Tokens of money and other numismatic property; or

    **c.** Coin albums, containers, frames, cards and display cabinets in use with such collection.

**CONDITIONS**

**1.** Loss Clause: The amount of insurance under this endorsement will not be reduced except for a total loss of a scheduled article. We will refund the unearned premium applicable to such article after the loss or you may apply it to the premium due for the replacement of the scheduled article.

**2.** Loss Settlement: Covered property losses are settled as follows:

    **a.** Fine Arts - We will pay the amount shown for each scheduled article which is agreed to be the value of the article.

    In case of loss to a pair or set, we agree to pay you the full amount of the set as shown in the schedule and you agree to surrender the remaining article or articles of the set to us.

    **b.** POSTAGE STAMPS OR RARE AND CURRENT COIN COLLECTION - IN CASE OF LOSS TO ANY SCHEDULED ITEM, THE AMOUNT TO BE PAID WILL BE DETERMINED IN ACCORDANCE WITH PARAGRAPH 2.c. OTHER PROPERTY.

    WHEN COINS OR STAMPS ARE COVERED ON A BLANKET BASIS, WE WILL PAY THE CASH MARKET VALUE AT TIME OF LOSS BUT NOT MORE THAN $1,000 ON ANY UNSCHEDULED COIN COLLECTION NOR MORE THAN $250 FOR ANY ONE STAMP, COIN OR INDIVIDUAL ARTICLE OR ANY ONE PAIR, STRIP, BLOCK, SERIES SHEET, COVER, FRAME OR CARD.

WE WILL NOT PAY A GREATER PROPORTION OF ANY LOSS ON BLANKET PROPERTY THAN THE AMOUNT INSURED ON BLANKET PROPERTY BEARS TO THE CASH MARKET VALUE AT TIME OF LOSS.

    **c.** OTHER PROPERTY - THE VALUE OF THE PROPERTY INSURED IS NOT AGREED UPON BUT WILL BE ASCERTAINED AT THE TIME OF LOSS OR DAMAGE. WE WILL NOT PAY MORE THAN THE LEAST OF THE FOLLOWING AMOUNTS:

    **(1)** THE ACTUAL CASH VALUE OF THE PROPERTY AT THE TIME OF LOSS OR DAMAGE;

    **(2)** THE AMOUNT FOR WHICH THE PROPERTY COULD REASONABLY BE EXPECTED TO BE REPAIRED TO ITS CONDITION IMMEDIATELY PRIOR TO LOSS;

    **(3)** THE AMOUNT FOR WHICH THE ARTICLE COULD REASONABLY BE EXPECTED TO BE REPLACED WITH ONE SUBSTANTIALLY IDENTICAL TO THE ARTICLE LOST OR DAMAGED; OR

    **(4)** THE AMOUNT OF INSURANCE.

**3.** PAIR, SET OR PARTS OTHER THAN FINE ARTS:

    **a.** LOSS TO A PAIR OR SET

    IN CASE OF A LOSS TO A PAIR OR SET WE MAY ELECT TO:

    **(1)** REPAIR OR REPLACE ANY PART TO RESTORE THE PAIR OR SET TO ITS VALUE BEFORE THE LOSS; OR

    **(2)** PAY THE DIFFERENCE BETWEEN ACTUAL CASH VALUE OF THE PROPERTY BEFORE AND AFTER THE LOSS.

    **b.** PARTS

    IN CASE OF A LOSS TO ANY PART OF COVERED PROPERTY, CONSISTING OF SEVERAL PARTS WHEN COMPLETE, WE WILL PAY FOR THE VALUE OF THE PART LOST OR DAMAGED.

**EXHIBIT 1**



**Notice of Membership in Liberty Mutual Holding Company Inc.**

While this policy is in effect, the named insured first named in the Declarations is a member of Liberty Mutual Holding Company Inc. and is entitled to vote either in person or by proxy at any and all meetings of the members of said company. The Annual Meeting of Liberty Mutual Holding Company Inc. is in Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

The named insured first named in the Declarations shall participate in the distribution of any dividends declared by us for this Policy. The amount of such Named Insured's participation is determined by the decision of our Board of Directors in compliance with any laws that apply.

Any provisions in the policy relating to:

1. Membership in Liberty Mutual Insurance Company or Liberty Mutual Fire Insurance Company; or

2. Entitlement to dividends as a member of Liberty Mutual Insurance Company or Liberty Mutual Fire Insurance Company

are deleted and replaced by the preceding paragraphs.

2340e